Generated: Mar 3, 2026 11:13AM



# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Mar 3, 2026 11:13AM

Customer

Rcpt. No: 10145          Trans. Date: Mar 3, 2026 11:13AM                    Cashier ID: #KR (6879)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** LUTZ v. TOWN OF PALM BEACH et al.

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.